IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CARL STANDBACK                                                                       PETITIONER

v.                          NO. 2:06CV00211  JFF

LINDA SANDERS,
Warden, FCI-Forrest City                                                             RESPONDENT

## JUDGMENT

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this 24th day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE